# IN THE SUPREME COURT OF THE STATE OF NEVADA

JACQUELINE FRANKLIN; ASHLEIGH PARK; LILY SHEPARD; STACIE ALLEN; MICHAELA DEVINE; KARINA STRELKOVA; AND DANIELLE LAMAR, INDIVIDUALLY, AND ON BEHALF OF A CLASS OF SIMILARLY SITUATED INDIVIDUALS,
Appellants,
vs.
RUSSELL ROAD FOOD AND BEVERAGE, LLC, (D/B/A CRAZY DOE CLUB OWNER, I-X),
Respondent.

No. 74332

**FILED**

FEB 2 8 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## ORDER DISMISSING APPEAL AND REMANDING TO THE DISTRICT COURT

Pursuant to a stipulation of the parties, this appeal is dismissed. The parties shall bear their own costs and attorney fees. NRAP 42(b). This matter is remanded to the district court to conduct appropriate proceedings, if any, to alter, amend, or vacate its order or judgment as necessary for the parties to fulfill the terms of their settlement agreement. In the event the district court declines to grant the requested relief, appellant may file a motion to reinstate this appeal. Any such motion to reinstate the appeal must be filed within 30 days of entry of the district court's order denying relief. The oral argument of this matter currently scheduled for March 2, 2020, at 1:30 p.m. is vacated.

It is so ORDERED.

_____, C.J.
Pickering

cc:    Hon. Joanna Kishner, District Judge
Bighorn Law/Las Vegas
Rusing Lopez & Lizardi, PLLC
Kamer Zucker Abbott
Bendavid Law
Eighth District Court Clerk

Supreme Court
of
Nevada

(O) 1947A